**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KONE INC.,

                **Plaintiff,**

     **- against -**

STARR INDEMNITY & LIABILITY
COMPANY,

              **Defendant.**

---

**26-cv-3970 (JGK)**

<u>Order</u>

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer the complaint was June 10, 2026. <u>See</u> ECF No. 8. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended until **July 8, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff shall serve a copy of this Order on the defendant and file proof of service on the docket by **June 29, 2026.**

**SO ORDERED.**

Dated:    **New York, New York**
         **June 24, 2026**

                                **John G. Koeltl**
                        **United States District Judge**