**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**KONE INC.,**

**Plaintiff,**

**- against -**

**STARR INDEMNITY & LIABILITY COMPANY,**

**Defendant.**

**26-cv-3970 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the original time for the defendant to answer was June 10, 2026. ECF No. 8. On June 25, 2026, the Court extended the time for the defendant to answer until July 8, 2026. ECF No. 9. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended until **July 17, 2026.** If the defendant fails to respond by that date, the plaintiff may move for a default judgment, by order to show cause, no later than **July 31, 2026**. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **July 13, 2026.**

**SO ORDERED.**
**Dated: New York, New York
July 10, 2026**

**John G. Koeltl
United States District Judge**