UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KONE INC.,

Plaintiff,

- against -

STARR INDEMNITY & LIABILITY COMPANY,

Defendant.

26-cv-3970 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **August 24, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
August 10, 2026

John G. Koeltl
United States District Judge