**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**KONE INC.,**

**Plaintiff,**

**- against -**

**STARR INDEMNITY & LIABILITY COMPANY,**

**Defendant.**

**26-cv-3970 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The conference scheduled for September 15, 2026 at 4:00 p.m. is **canceled.**

**SO ORDERED.**

**Dated: New York, New York**
**August 25, 2026**

**/s/ John G. Koeltl, U.S.D.J.**
**John G. Koeltl**
**United States District Judge**